UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:07-cr-00061-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | |
| (17) DANIELLE JERMAINE JACKSON, ) | ORDER |
| a/k/a "Head," ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on the Unopposed Motion for Expedited Reduction of Sentence, submitted by Defendant (Doc. No. 840). Also before the Court is Defendant's previous Motion to Reduce Sentence (Doc. No. 839).

The Government, through its counsel, has consented to the requested relief. For the reasons stated in the unopposed motion, the motion (Doc. No. 840) is GRANTED.

IT IS THEREFORE ORDERED that Defendant's sentence be reduced to Time Served, plus up to ten (10) days for the Bureau of Prisons to process his release, and that the term of supervised released be reduced to four years. All other terms and conditions previously imposed shall remain the same.

IT IS FURTHER ORDERED that the Clerk certify copies of this Order to Defendant, counsel for Defendant, the United States Attorney, the United States Marshals Service, the United States Probation Office, and the United States Bureau of Prisons.

Because the Court is granting Defendant's unopposed motion, the previous Motion to Reduce Sentence (Doc. No. 839) is DENIED AS MOOT.

IT IS SO ORDERED.

Signed: July 23, 2020

*Frank D. Whitney*
Frank D. Whitney
United States District Judge